IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Civil Action No. **3:13-CR-415-L** |
| § | |
| **ANTHONY MINOR** § | |
| § | |

### ORDER

On December 20, 2016, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Defendant's Motion and Extraordinary Request for New Trial Based on Newly Discovered Evidence (Doc. 396), filed December 13, 2016. No objections to the Report were received as of the date of this order.

Having reviewed the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motion and Extraordinary Request for New Trial Based on Newly Discovered Evidence (Doc. 396).

**It is so ordered** this 4th day of April, 2017.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page